# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**JANET VELEZ, LOURDES QUEZADA, JENNY SORIA, MADELINE RIVAS, NIKESHA WINFIELD, DIANE HEARD, and KEANA HAMPTON-ALLEN,**

                **Plaintiffs,**

**-vs-**                                       **Case No. 6:03-cv-878-Orl-22DAB**

**LEVY WORLD LIMITED PARTNERSHIP, d/b/a: Fulton's Crab House,**

                **Defendant.**

_____

## ORDER

Upon the Court's review of this case, it is ORDERED as follows:

1. The Report and Recommendation (Doc. 115), issued by Magistrate Judge David A. Baker on February 13, 2007, is APPROVED AND ADOPTED.

The undersigned judge agrees with Magistrate Judge Baker that this action was not so lacking in arguable merit that it can be deemed groundless. Accordingly, an award of fees pursuant to 42 U.S.C. §§ 1988(b) and 2000a-3(b) is inappropriate. Additionally, the undersigned judge concurs that Plaintiffs' counsel's conduct was not so egregious as to be tantamount to bad faith; hence, an award pursuant to 28 U.S.C. § 1927 is similarly unwarranted.

2. The Defendant's Objections to Magistrate Judge Baker's Report and Recommendation (Doc. 116), filed on February 28, 2007, are OVERRULED.

3. The Defendant's Renewed Motion for Award of Attorneys' Fees (Doc. 113), filed on November 27, 2006, is DENIED.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on March 20, 2007.

_____
ANNE C. CONWAY
United States District Judge

Copies furnished to:

Counsel of Record
Unrepresented Party
Magistrate Judge David A. Baker